In re Diaz, Victor- et al.; Rountree, Charles; Cline, Roy Edward; Harris, Richard Webb; Pheffer, Mitchell; Richard, Phillipe; Horschell, Clayton; Richins, Shane Brent; Boettger, Arthur; Noble, Timothy; Chauvin, Ordwayne P.;- — Plaintiffs); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. H, No. 95-16491; to the Court of Appeal, Fourth Circuit, No. 2003-C-0327.
Denied.
CALOGERO, C.J., would grant the writ.
JOHNSON, J., would grant the writ.